UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MELVI SAMUEL PEREZ PEREZ,

        Petitioner,

    v.                             Case No.:  2:26-cv-00730-SPC-NPM

KEVIN GUTHRIE *et al.*,

        Respondents,

                              /

## <u>OPINION AND ORDER</u>

Before the Court is Melvi Samuel Perez Perez's Motion to Enforce (Doc. 16).

Perez Perez, a noncitizen in immigration detention, sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Perez Perez before an immigration judge for a bond hearing or release Perez Perez from custody.

A bond hearing was held on April 10, 2026.  An immigration judge found Perez Perez to be a flight risk based on three convictions for driving without a license.  Perez Perez argues the immigration judge did not properly weigh the evidence and should have considered alternatives to detention, and he asks the

Court to order the respondents to release him.  But the proper way to challenge the result of the bond hearing is appeal to the Board of Immigration Appeals.

Accordingly, Perez Perez's post-judgment motion (Doc. 16) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on April 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2